PROB 34
(1/92)

ORIGINAL

Report and Order Terminating Probation/
Supervised Release

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 15 2006

at 3 o'clock and 52 min. P M
SUE BEITIA, CLERK

# United States District Court
## FOR THE
### DISTRICT OF HAWAII

UNITED STATES OF AMERICA

v.                                             Criminal No.  CR 00-00245DAE-09

ROBERT MUNDA, aka "Roberto"

It appearing that the above named has complied with the conditions of probation imposed by the Order of the Court heretofore made and entered in this case and that the period of probation expired on 2/3/2006, I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

_____
JONATHAN K. SKEDELESKI
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this 8th day of May, 2006.

_____
DAVID ALAN EZRA
U.S. District Judge